IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

OLAJUWON SMITH                                                          PLAINTIFF

v.                          Civil No. 6:19-cv-06003

LEGGIT (Dr., Correct Care Solutions);
DREAM REDDICK YOUNG (Health Care
Administrator, CCS); CORRECT CARE
SOLUTIONS; ADAM CLARK (Lieutenant,
ADC Ouachita River Unit a/k/a Sgt. Clark)                               DEFENDANTS

**ORDER**

Now before the Court is the Report and Recommendation filed December 13, 2019 (ECF No. 49) by the Honorable Mark E. Ford, United States Magistrate Judge for the Western District of Arkansas. Judge Ford recommends the Motion to Dismiss filed by Defendant Correct Care Solutions (ECF No. 20) be denied. No party has filed objections to the Report and Recommendation, and the time to object has passed. *See* 28 U.S.C. § 636(b)(1). Upon review, the Court adopts the Report and Recommendation *in toto*.

Accordingly, Defendant's Motion to Dismiss for Failure to State a Claim (ECF No. 20) should be and hereby is DENIED.

**IT IS SO ORDERED** this 14th day of January 2020.

/s/ Robert T. Dawson
ROBERT T. DAWSON
SENIOR U.S. DISTRICT JUDGE